## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | CV 22-01702-FWS (PVCx) | Date | November 21, 2022 |
|---|---|---|---|
| Title | Donovan J. Foster v. The United States of America et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on March 15, 2022.   On September 23, 2022, the Court issued a text order directing Plaintiff to file an appropriate Motion for Default Judgment no later than October 20, 2022.   See Dkt. 16.   Plaintiff failed to file an appropriate motion.   Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                    _____ : _____

                              Initials of Deputy Clerk    mku